UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PARKCREST BUILDERS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-1533** |
| **HOUSING AUTHORITY OF NEW ORLEANS (HANO)** | **SECTION: "J" (4)** |

## ORDER

Before the Court is a **Motion to Compel Site Inspections (R. Doc. 41)** filed by Intervenor Liberty Mutual ("Liberty") seeking an order from the Court to compel HANO to allow Liberty to inspect additional work to be completed at the Florida Avenue New Affordable Housing Project. The motion was opposed. R. Doc. 45. The motion was submitted on November 2, 2016 and heard with oral arguments that same day.

During oral arguments, it came to the Court's attention that the parties have not yet engaged in a scheduling conference with Court or the required Rule 26(f) discovery conference. Federal Rule of Civil Procedure 26(d)(1) provides that "[a] party may not seek discovery before the parties have conferenced as required by Rule 26(f)" unless authorized by the Rules or Court order. *See Republic Bus. Credit, LLC v. Greystone & Co., Inc.*, No. 13-5535, 2013 WL 6388657, at *4 (E.D. La. Dec. 6, 2013). While a party may deliver a Rule 34 request—including a request to enter property—before the Rule 26(f) conference, such requests are not considered served until the first Rule 26(f) conference has occurred. Fed. R. Civ. P. 26(d)(2). Because Liberty seeks to compel discovery via site inspections prior to the parties engaging in a Rule 26(f) conference, Liberty's request is premature and procedurally defective. *Republic Bus. Credit*, 2013 WL 6388657, at *4. As the Court informed Liberty during oral arguments, Liberty may reurge its request at the proper time.

Accordingly,

**IT IS ORDERED** that the Intervenor's **Motion to Compel Site Inspections (R. Doc. 41)** is **DENIED.**

New Orleans, Louisiana, this 3rd day of November 2016.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**