UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PARKCREST BUILDERS, LLC** | **CIVIL ACTION NO.: 2:15-cv-01533 c/w 2:16-cv-14118** |
| **VERSUS** | **JUDGE: Hon. Carl Barbier** |
| **THE HOUSING AUTHORITY OF NEW ORLEANS** | **MAG.: Hon. Karen Wells Roby** |

### LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO COMPEL

Liberty Mutual Insurance Company ("Liberty"), respectfully moves this Court for an order compelling Defendant and Counter-Plaintiff the Housing Authority of New Orleans ("HANO") to fully produce all documents withheld as privileged that were created or modified prior to September 1, 2016 and to fully respond to its Second Set of Interrogatories and Requests for Production of Documents ("Liberty's Discovery Requests") pursuant to Federal Rules of Civil Procedure 26, 33 and 34.

For the reasons set forth in the accompanying memorandum in support, which is incorporated herein as if stated in full, Liberty and HANO entered into an agreement on April 25, 2017, concerning HANO's responses to Liberty's Discovery Requests. Part of that agreement was that HANO would fully and completely respond to Liberty's Second Set of Interrogatories by May 10, 2017; fully and completely respond to Liberty's Second Set of Requests for Production by May 17, 2017; and provide a privilege log by May 17, 2017 that complied with Federal Rule of Civil Procedure 26. None of those things occurred. Thus, Liberty files this Motion to address HANO's failure to abide by the agreed-upon deadlines. **Liberty conferred or**

attempted to confer with HANO in an effort to obtain the requested discovery without court action in accordance with Fed. R. Civ. P. 37(a)(1).

WHEREFORE, Liberty requests that its Motion to Compel be granted (1) HANO be limited in its Interrogatory responses as requested herein; (2) HANO's objections to Liberty's Requests for Production be waived for failure to timely respond; (3) HANO be compelled to fully respond to Liberty's Discovery Requests; and (4) HANO's be compelled to produce the documents on its privilege log as described herein.

Respectfully submitted,

/s/ Craig N. Mangum
DAVID J. KREBS (La. Bar #1466)
CRAIG N. MANGUM (La. Bar #36898)
CASSANDRA R. HEWLINGS (La. Bar #35170)
400 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:      dkrebs@kfplaw.com
             cmangum@kfplaw.com
             chewlings@kfplaw.com

ATTORNEYS FOR LIBERTY MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that on the 30th day of May, 2017, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/ Craig N. Mangum
CRAIG N. MANGUM