UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PARKCREST BUILDERS, LLC | CIVIL ACTION |
| VERSUS | NO: 15-1533 c/w 16-14118 16-15849 |
| HOUSING AUTHORITY OF NEW ORLEANS | SECTION: "J"(4) |

### ORDER

Before the Court is Liberty Mutual Insurance Company's *Motion for Review of Magistrate Judge Roby's Order* **(Rec. Doc. 335)** and Housing Authority of New Orleans' opposition thereto (Rec. Doc. 358). Upon review of the record, the memoranda of counsel, and the applicable law, the Court finds that Liberty Mutual's motion should be DENIED.

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed. R. Civ. P. 72(a). When objections are raised to such a ruling the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed." United States v. Untied States Gypsum Co., 333 U.S. 364, 395 (1948). After reviewing

the case, the magistrate judge's order, and the arguments of the parties, the Court finds that no such mistake has been made in the magistrate judge's Order (Rec. Doc. 309) and that the Liberty Mutual Insurance Company has not shown that the magistrate judge's ruling is "clearly erroneous or contrary to law." Accordingly,

**IT IS ORDERED** that the ***Motion for Review of Magistrate Judge Roby's Order*** (Rec. Doc. 335) is **DENIED**.

New Orleans, Louisiana, this 14th day of December, 2017.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE