UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PARKCREST BUILDERS, LLC | CIVIL ACTION |
| VERSUS | NO: 15-1533 |
| | REF: 16-14118 |
| HOUSING AUTHORITY OF NEW ORLEANS | SECTION: "J"(4) |

# ORDER

Before the Court is a *Motion for Summary Judgment* **(Rec. Doc. 540)** filed by Defendant, Liberty Mutual Insurance Company. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed and served no later than eight (8) days before the noticed submission date. Defendants set the motion for submission on August 1, 2018, and Ted Hebert failed to file a timely opposition. No party has filed a motion to continue the noticed submission date or a motion for extension of time within which to oppose the motion. Accordingly, the Motion is deemed to be unopposed. Furthermore, because it appears to the Court that the Motion has merit,

**IT IS ORDERED** that the *Motion for Summary Judgment* **(Rec. Doc. 540)** is **GRANTED**. If Plaintiff wishes to file a motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, it must be filed within thirty days of this Order.

New Orleans, Louisiana this 18th day of September, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE