UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PARKCREST BUILDERS, LLC                          CIVIL ACTION

VERSUS                                           NO: 15-1533
                                                 c/w 16-15849

HOUSING AUTHORITY OF NEW                         SECTION: "J"(4)
ORLEANS

                                                 Applies to 15-1533

## ORDER

The Court, having considered Liberty Mutual Insurance Company's *Motion for Attorney's Fees* **(Rec. Doc. 489)**, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendant Housing Authority of New Orleans ("HANO") to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Liberty Mutual is awarded attorney's fees and expenses in the amount of $13,195.50 against HANO.

**IT IS FURTHER ORDERED** that HANO shall satisfy its obligation to Liberty Mutual no later than 21 days from the date of this Order.

New Orleans, Louisiana, this 2nd day of June, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE