UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PARKCREST BUILDERS, LLC | CIVIL ACTION |
| VERSUS | NO: 15-1533 c/w 16-15849 |
| HOUSING AUTHORITY OF NEW ORLEANS | SECTION: "J"(4) |
| | Applies to 15-1533 |

### ORDER

The Court, having considered Parkcrest Builders, LLC's *Motion for Attorney's Fees* **(Rec. Doc. 493)**, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendant Housing Authority of New Orleans ("HANO") to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Parkcrest Builders, LLC is awarded attorney's fees and expenses in the amount of $5,170.00 against HANO.

**IT IS FURTHER ORDERED** that HANO shall satisfy its obligation to Parkcrest Builders, LLC no later than 21 days from the date of this Order.

New Orleans, Louisiana, this 2nd day of June, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE